Judy Mata, CSR, Official Court Reporter

438th District Court

Bexar County Courthouse

100 Dolorosa, 4th Floor

San Antonio, Texas 78205

(210) 335-1531    judy.mata@bexar.org

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 11:08:33 AM
KEITH E. HOTTLE
Clerk

RE:  Court of Appeals Number:  04-15-00096-CV
Style:  ALS 88 Design Build, LLC v. MOAB Construction
ATTENTION:  MS. ELIZABETH MONTOYA

April 23, 2015

Dear Ms. Montoya:

Please be advised that the Reporter's Record in the above-referenced cause has not been requested, nor have arrangements been made to purchase same.

Thank you for your time and attention to this matter.

Very Truly Yours,

Judy Mata